## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

Case Number:

In the Matter of
MAGDALENA OCHOA

V.

MARY E. PETERS SECRETARY OF DOT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MAGDALENA OCHOA

FILED: AUGUST 19, 2008
08CV4712
JUDGE COAR
MAGISTRATE JUDGE SCHENKIER
YM

| | |
|---|---|
| NAME (Type or print) Michael T. Smith | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Michael T. Smith | |
| FIRM Law Offices of Michael T. Smith | |
| STREET ADDRESS 440 W. Irving Park Road | |
| CITY/STATE/ZIP Roselle, Illinois 60172 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6180407 | TELEPHONE NUMBER 847-895-0626 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |